# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: : | |
| : | Case No. 10-52667 |
| Mohamed Kebe : | Chapter 7 |
| : | Judge: John E. Hoffman, Jr. |
| Debtor. : | |
| : | |

## TRUSTEE'S ABANDONMENT OF PROPERTY

Susan L. Rhiel, Chapter 7 Trustee herein, pursuant to 11 U.S.C. §554 and Local Bankruptcy Rule 6007-1, hereby abandons the following parcel of real property (the "Property"):

Parcel ID    530-236521 (6797 Sowers Drive, Canal Winchester, Ohio 43110)

The Trustee has determined that the Property is burdensome and of inconsequential value to the bankruptcy estate.

Respectfully submitted,

/s/ Susan L. Rhiel
Susan L. Rhiel, Esq. (0034533)
Kristin Radwanick, Esq. (0079106)
394 East Town Street
Columbus, Ohio 43215
Telephone (614) 221-4670
Facsimile: (614) 227-0326
Attorneys for Susan L. Rhiel, Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties in interest shown below via regular U.S. mail postage pre-paid or via the Court's ECF system on this 16th day of July, 2015.

/s/ Susan L. Rhiel
Susan L. Rhiel, Esq. (0034533)

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Robert E Bardwell    rbardwell@ohiobankruptlaw.com
- Mia L Conner    sohbk@lsrlaw.com
- Maria C Mariano Guthrie    mguthrie@cpmlaw.com, efiling@cpmlaw.com
- Joseph M Romano    jromanolaw@sbcglobal.net, dloden@obrienlpa.com

Mohamed Kebe
6797 Sowers Drive
Cancal Winchester, Ohio 43110
*Via regular mail*